PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER

PLACE OF CONFINEMENT

ADDRESS

FILED

07 NOV -1 AM 10: 59

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY                    DEPUTY

## United States District Court
### Southern District Of California

*Achilles D. Corelleone*

Plaintiff/Petitioner/Movant

v.

*State of CALifornia, City of San Diego
City of Oceanside, County of San Diego
et.al,* Defendant/Respondent

'07 CV    2094    L (NLS)

Civil No. _____

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER
PENALTY OF PERJURY IN SUPPORT
OF MOTION TO PROCEED IN FORMA
PAUPERIS**

I,

declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☒ No (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution? ☐ Yes ☐ No
    Do you receive any payment from the institution? ☐ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒(No)
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

_____

_____

_____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

_____*July 2, 2007*_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:
    a. Business, profession or other self-employment   ☐ Yes  ☒ No
    b. Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
    c. Pensions, annuities or life insurance   ☐ Yes  ☒ No
    d. Disability or workers compensation   ☒ Yes  ☐ No
    e. Social Security, disability or other welfare   ☐ Yes  ☒ No
    e. Gifts or inheritances   ☐ Yes  ☒ No
    f. Spousal or child support   ☐ Yes  ☒ No
    g. Any other sources   ☐ Yes  ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

*$313.48 every 2 weeks Workers Compensation Temporary Disability Benefits & Permanent Disability Benefits Benefits stopped on 10/19/2007*

4. Do you have any checking account(s)? ☐ Yes ☒(No)
    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒(No)
    a. Name(s) and address(es) of bank(s):
    b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? (Yes)  No
    a. Make: *Oldsmobile*   Year: *1991*   Model: *Cutlass Ciera*
    b. Is it financed? ☐ Yes ☒(No)
    c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?

   ☐ Yes  ⬭ No

If "Yes" describe the property and state its value._____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. *my self*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

   *None*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

   *Churches, food banks, homeless shelter*

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE *1-11-2007*         *Achilles D. Cirilleone*

                                    SIGNATURE OF APPLICANT