# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Achilles D. Corelleone

**COURT CASE NUMBER:** 07CV2094 L (NLS)

**DEFENDANT:** State of California, City of San Diego, County of San Diego

**TYPE OF PROCESS:** FILED 2008 JAN 25 AM 10:39 CLERK US... SOUTHERN DISTRICT OF CALIFORNIA

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** State of California, et al.

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 110 West A St., Suite 1100, San Diego, CA 92186

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Attorney General's office
California Dept. of Justice
110 West A St., Suite 1100
San Diego, CA 92186-5266

**Number of process to be served with this Form - 285:** 1

**Number of parties to be served in this case:**

**Check for service on U.S.A.:**

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**
Phone Number of Defendant
619-645-2001

**Signature of Attorney or other Originator requesting service on behalf of:** Achilles D. Corelleone  ☑ PLAINTIFF  ☐ DEFENDANT

**TELEPHONE NUMBER:** 760-696-1729

**DATE:** 01-22-08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 1/22/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** Rosahlee Geslani / Receptionist

**Address (complete only if different than shown above):** Same

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Date of Service:** 1-24-08  **Time:** 11:46 am

**Signature of U.S. Marshal or Deputy:**

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:**

**PRIOR EDITIONS MAY BE USED**  **1. CLERK OF THE COURT**  **FORM USM-285 (Rev. 12/15/80)**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Achilles D. Corelleone

vs

State of California; City of San Diego, CA; County of San Diego, CA; John Does 1 thru 5

**SUMMONS IN A CIVIL ACTION**

Case No.   07cv2094 L (NLS)

TO: (Name and Address of Defendant)

*City of San Diego*

*San Diego, CA*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

> Achilles D. Corelleone
> Plaintiff, pro se
> General Delivery
> San Diego, CA 92138

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

November 21, 2007
DATE

By, Deputy Clerk    M. Jenkins

AO 440 (Rev 5/85) Summons in a Civil Action