1  MICHAEL J. AGUIRRE, City Attorney
   KATHRYN A. SNYDER, Deputy City Attorney
2  California State Bar No.  84722
          Office of the City Attorney
3         1200 Third Avenue, Suite 1100
          San Diego, California 92101-4100
4         Telephone:  (619) 533-5800
          Facsimile:  (619) 533-5856
5         Email:  ksnyder@sandiego.gov

6  Attorneys for Defendant
   CITY OF SAN DIEGO

7

8

                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 ACHILLES D. CORELLEONE,            )  Case No.  07cv2094 L (NLS)
                                      )
12        Plaintiff,                  )  **NOTICE OF MOTION AND MOTION TO**
                                      )  **DISMISS**
13     v.                             )
                                      )
14 STATE OF CALIFORNIA; CITY OF SAN   )  Date:   April 28, 2008
   DIEGO, CA; COUNTY OF SAN DIEGO, CA;)  Time:   10:30 AM
15 JOHN DOES 1 THRU 5                 )  Courtroom: 14
                                      )  Judge:  M. James Lorenz
16        Defendants.                 )
                                      )
17                                    )
                                      )
18 _____)

19      **TO:  PLAINTIFF, ACHILLES D. CORELLEONE, AND TO HIS ATTORNEYS OF**

20 **RECORD:**

21      PLEASE  TAKE  NOTICE  that  on  April  28,  2008,  at  10:30  a.m.,  or  as  soon

22 thereafter  as  the  matter  may  be  heard  in  Courtroom  14  of  the  Honorable  M.  James

23 Lorenz,  in  the  above-entitled  court,  located  at  940  Front  Street,  San  Diego,  California,

24 Defendant,  CITY  OF  SAN  DIEGO,  by  and  through  its  attorney  of  record,  Kathryn  A.

25 Snyder,  will  move  the  Court  to  dismiss  this  action  pursuant  to  the  Federal  Rules  of  Civil

26 Procedure,  Rules  8(a)  (1)  and  (2),  10(b)  and  12(b)(6).

27 / / /

28 / / /

                                    1
NOTICE OF MOTION AND MOTION TO DISMISS          07-cv-2094 L (NLS)

1    This motion will be based on this notice, the files and records in this case, and the

2  accompanying Memorandum of Points and Authorities in support of this motion to

3  dismiss.

4

5    Dated:  February 13, 2008              MICHAEL J. AGUIRRE, City Attorney

6
                                          By    /s/ Kathryn A. Snyder
7                                              KATHRYN A. SNYDER
                                              Deputy City Attorney
8
                                          Attorneys for Defendant
9                                          CITY OF SAN DIEGO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28