**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| ACHILLES D. CORELLEONE, | Case No.: 07cv2094 L (NLS) |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| STATE OF CALIFORNIA; CITY OF SAN DIEGO, CA; COUNTY OF SAN DIEGO, CA; JOHN DOES 1 THRU 5 | |
| Defendants. | |

I, the undersigned, declare that I am over the age of eighteen years and not a party to this action; and that I served upon Plaintiff the following documents: Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities in Support of Motion to Dismiss,

in the following manner:

>By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California; and

>By mail. I caused the above referenced documents to be mailed through the United States Postal Service to Plaintiff at the following address:

>>Achilles D. Corelleone
>>General Delivery
>>San Diego CA 92138

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 13, 2008, at San Diego, California.

　　　　　　　　　　　　　　　　 s/ *Kathryn A. Snyder*
　　　　　　　　　　　　　　　　KATHRYN A. SNYDER
　　　　　　　　　　　　　　　　ksnyder@sandiego.gov