# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Achilles D Corelleone

V.

State of California, City of San Diego, County of San Diego, John Does

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    07cv2094 L (NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the City of San Diego's motion to dismiss is granted with prejudice and the State of California's motion to dismiss is granted with prejudice.

| May 13, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Zvers
(By) Deputy Clerk

ENTERED ON May 13, 2008